JS-6

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10                                                   Case No.  CV 15-07780-AB (GJSx)
11   Jose Calva
12                          Plaintiff,              ORDER DISMISSING CIVIL ACTION
13   v.
14   Rock Tenn, Converting Company et al
15                          Defendants.
16
17
18        THE COURT having been advised that the above-entitled action has been
     settled;
19
20        IT IS THEREFORE ORDERED that this action is hereby dismissed without
21   costs and without prejudice to the right, upon good cause shown within **45 days,** to re-
22   open the action if settlement is not consummated.  This Court retains full jurisdiction
     over this action and this Order shall not prejudice any party to this action.
23
24
25   Dated:  August 10, 2016        _____
26                                  ANDRÉ BIROTTE JR.
27                                  UNITED STATES DISTRICT JUDGE
28

1.